**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 359 WAL 2021
                                   :
          Respondent                :
                                   :    Petition for Allowance of Appeal
                                   :    from the Order of the Superior Court
           v.                       :
                                   :
                                   :
PIERRE LAMONT PINSON,             :
                                   :
           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 14th day of March, 2022, the Petition for Allowance of Appeal is **DENIED**.